CSD 2012 [08/22/03]
Name, Address, Telephone No. & I.D. No.

DAVID L. SKELTON, TRUSTEE #96250
525 B STREET, SUITE 1430
SAN DIEGO, CA 92101
(619) 338-4006

Order Entered on
April 19, 2010
by Clerk U.S. Bankruptcy Court
Southern District of California

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

DAVID GONZALEZ

Debtor.

BANKRUPTCY NO. 09-09738 A 13

Date of Hearing: April 6, 2010
Time of Hearing: 2:00 pm
Name of Judge: LOUISE ADLER

## ORDER DISMISSING CHAPTER 13 CASE AFTER HEARING

☐ Upon consideration of a Motion to Dismiss this case:
Filed by _____, Creditor, and after due notice to the Debtor(s), attorney of record for the Debtor(s), if any, and the Chapter 13 trustee;

☐ Filed by DAVID L. SKELTON _____, Chapter 13 Trustee, and upon hearing requested by the Debtor(s);

☐ Filed or orally made at a regular hearing before the Judge of the United States Bankruptcy Court by the Debtor(s) and upon notice to the Chapter 13 Trustee;

☑ Orally made by the Chapter 13 Trustee at a regularly noticed hearing upon denial of confirmation of the Debtor's proposed Chapter 13 Plan without leave to amend;

☐ Other:

and there being no opposition thereto, or if opposition was made or filed, following a hearing as indicated above.

IT IS HEREBY ORDERED AND ADJUDGED THAT:
1. The above-entitled case is dismissed without prejudice as to the above-named debtor only.
2. All related adversary proceedings which are pending are also dismissed subject to the provisions of Local Bankruptcy Rule 7041-3.
3. All stays now in effect for this case are vacated and the provisions of 11 U.S.C. § 349 shall hereafter apply.

DATED April 19, 2010

*/s/ Louise DeCarl Adler*
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

/s/ DAVID L. SKELTON
Chapter 13 Trustee

By: _____
Attorney for Chapter 13 Trustee

CSD 2012